# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL RICHARD, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-16-01427-M |
| FIREMAN'S FUND INSURANCE COMPANY, NATIONAL SURETY CORPORATION, | ) ) ) ) ) |
|     Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Michael Richard, by and through his counsel of record, Simone Gosnell Fulmer, Harrison C. Lujan, and Jacob L. Rowe, of the Fulmer Group, PLLC, and the Defendants, Fireman's Fund Insurance Company and National Surety Corporation, by and through their counsel of record, Charles D. Neal, Jr. of the firm Steidley & Neal, P.L.L.C. and Andrew M. Edison of the firm Edison, McDowell & Hetherington LLP, and pursuant to Rule 41(a)(1)(A)(ii), stipulate to dismissal of the above-styled action with prejudice to the further refiling thereof. The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

Date this 9th day of June, 2017.

/s/Simone G. Fulmer
Simone Gosnell Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, (OBA # 21797
FULMER GROUP PLLC
Post Office Box 2448
Oklahoma City, OK 73101
Telephone: (405) 510-0077
Facsimile: (405) 510-0077
sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
**ATTORNEYS FOR PLAINTIFF**


/s/Charles D. Neal, Jr.
Charles D. Neal, Jr., OBA #6591
Steidley & Neal, P.L.L.C.
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK  74137
Telephone: (918) 664-4641
Facsimile: (918) 664-4133
cdn@steidley-neal.com

-AND –

Andrew M. Edison, Texas Bar # 00790629
Edison McDowell & Hetherington, LLP
First City Tower
1001 Fannin Street, Suite 2700
Houston, TX
(713) 337-5580
(713) 337-8850 Facsimile
 Andrew.edison@emhllp.com
**ATTORNEYS FOR DEFENDANTS**